UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JARROD D. WILLIAMS, ET AL.,**

   Plaintiffs,

v.                                              No. 4:25-cv-574-P-BJ

**CITY OF FORT WORTH, ET AL.,**

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Amended Findings, Conclusions, and Recommendations in this case. ECF No. 25. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that (1) Defendants Sterling Rochester, Sgt. Kristopher Donahey, Jake Montgomery, Shawn Evans, and Kevin Blasingame's Motion to Dismiss, ECF No. 12, (2) Defendants Joseph Smith, Nadine Bauman, Joselin Frias, Joel Perez, and Darrin Parr's Motion to Dismiss pursuant to FED. R. CIV. P. 12(b), ECF No. 13, and (3) Defendants Pittman, J. Garcia, Julian Garcie, Cavanaugh, Roth and Barber's Motion to Dismiss, ECF No. 20, based on Rule 12(b)(5) are **GRANTED IN PART** in that the Plaintiff has not properly effectuated service on the individual Defendants.

The Court also **ORDERS** that the above-listed motions are **DENIED IN PART** in that Plaintiff, pursuant to Rule 4(m), is given until

**Thursday**, **October 16, 2025**, to effect and file proper proof of service on the Individual Defendants, as well as on Defendant Neil and Defendants Cardona and Guardado.

The above-listed motions, therefore, are **DENIED AS MOOT** based on Rule 12(b)(6) because Plaintiff filed an Amended Complaint on August 18, 2025.

**SO ORDERED** on this **16th day** of **September 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE